UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

MONIKA N. MACEZINSKAS,

    Plaintiff,

    - against -
                                       ORDER

AMERICAN BUILDING MAINTENANCE CO.
OF NEW YORK,                         CV 2008-1732 (ARR)(MDG)

    Defendant and Third-
    Party Plaintiff,

    - against -

ECOLAB, INC.

    Third-Party Defendant.

- - - - - - - - - - - - - - - - - - -X

    All the parties having acknowledged at a conference before Magistrate Judge Marilyn Go on May 21, 2008 that third party defendant Ecolab, Inc. could not remove this action from state court and having consented to remand of this action to state court, it is hereby

    ORDERED, that this action be, and hereby is, remanded to the Supreme Court of the State of New York, County of Kings pursuant to 28 U.S.C. § 1447(c).

Dated:    Brooklyn, New York
          May 21, 2008

                                              /s/
                                            MARILYN D. GO
                                            UNITED STATES MAGISTRATE JUDGE